**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Vey's Bandit, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Bike Bandit | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 61-1844852 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2780 Via Orange Way<br>Spring Valley, CA 91978 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.bikebandit.com

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __Vey's Bandit, LLC_____    Case number (*if known*) _____
        Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ | | |
| | District _____ | When _____ | | Case number _____ | | |

| Debtor | Vey's Bandit, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     Vey's Bandit, LLC                                                    Case number (*if known*)
           Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor  Vey's Bandit, LLC
_____     Case number *(if known)* _____
Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February  3, 2022
                _____
                MM / DD / YYYY

**X** /s/ R. Rosenberg
_____                R. Rosenberg
Signature of authorized representative of debtor         _____
                                                         Printed name

Title     Manager
          _____

---

**18. Signature of attorney**

**X** /s/ Michael T. O'Halloran CLS-B No.
_____     Date  February  3, 2022
Signature of attorney for debtor                    _____
                                                    MM / DD / YYYY

Michael T. O'Halloran CLS-B No. 99085
_____
Printed name

Law  Office of Michael T. O'Halloran
_____
Firm name

401 West A Street
Suite 1150
San Diego, CA 92101-7920
_____
Number, Street, City, State & ZIP Code

Contact phone  619.233.1727          Email address  mto@debtsd.com
               _____                  _____

No. 99085 CA
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Vey's Bandit, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 3, 2022    **X** /s/ R. Rosenberg
                                      Signature of individual signing on behalf of debtor

                                       R. Rosenberg
                                       Printed name

                                       Manager
                                       Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Vey's Bandit, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................. $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................... $     705,300.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................ $     705,300.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     4,150,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     533,504.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     14,403,160.00

4. Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b

    $     19,086,664.00

**Fill in this information to identify the case:**

Debtor name    Vey's Bandit, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank account at California Bank and Trust | Checking | 2035 | $632.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**      $632.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit with landlord.  Face amount $140,000.  Not believed collectable. | $0.00 |
| 7.2. | Stripe credit card processor holdbacks. | $368.00 |
| 7.3. | Letter of credit with Parts Unlimited.  California Bank and Trust | $200,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Vey's Bandit, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.4. | Letter of credit posted for Parts Unlimited.  California Bank and Trust | $69,000.00 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**

$269,368.00

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | Adventure Twins LLC      49 % | Liquidation | Unknown |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| **17.** | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Vey's Bandit, LLC
      Name                                     Case number *(If known)*

| Inventory | | $3,100,000.00 | Liquidation | $400,000.00 |
|---|---|---|---|---|

**23.**   **Total of Part 5.**

      Add lines 19 through 22. Copy the total to line 84.

> $400,000.00

**24.**   **Is any of the property listed in Part 5 perishable?**

      ■ No

      ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

      ■ No

      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No. Go to Part 7.

      ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No. Go to Part 8.

      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** | | | |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software** <br> Used office equipment and furniture | Unknown | Liquidation | $4,000.00 |
| Used business equipment, including computers, monitors, cameras, phones, security monitoring items and similar gear | Unknown | Liquidation | $11,500.00 |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**

      Add lines 39 through 42. Copy the total to line 86.

> $15,500.00

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

      ■ No

      ☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    Vey's Bandit, LLC
_____    Case number *(If known)*    _____
          Name

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   Yale Electric forklift and charger | Unknown | Liquidation | $4,000.00 |
| 47.2.   2003 Mitsubishi truck.  Non-operational.<br>Needs engine. | Unknown | Liquidation | $4,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Warehouse racks, lift, pallet jacks, tape case<br>sealer | Unknown | Liquidation | $11,800.00 |

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$19,800.00

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Vey's Bandit, LLC
          Name                                                    Case number *(If known)* _____

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**
       www.bikebandit.com                            Unknown    Liquidation                 Unknown

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**
       Software for website under construction       Unknown    Liquidation                  $0.00

65.    **Goodwill**

66.    **Total of Part 10.**                                                          |            $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor    Vey's Bandit, LLC
_____    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $632.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $269,368.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $400,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $705,300.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $705,300.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | R. Rosenberg |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:     Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: Line from *Schedule A/B*: | _____ | ☐ _____ | |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Vey's Bandit, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1    Ed Tucker Distributor**
Creditor's Name

4900 Alliance Gateway Fwy
Fort Worth, TX 76177
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
All assets

**Describe the lien**
UCC 1
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,250,000.00    Unknown

**2.2    Vineyard Ranch LLC**
Creditor's Name
10251 Vista Sorrento Pkwy
Suite 300
San Diego, CA 92121
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
All assets

**Describe the lien**
UCC 1
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$2,900,000.00    Unknown

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    Vey's Bandit, LLC                       Case number *(if known)*
                Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $4,150,000.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Vey's Bandit, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Arizona Dept of Revenue<br>P.O. Box 29010<br>Phoenix, AZ 85038-9010 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,062.00 | $25,062.00 |
| Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Arkansas Dept Treasurery<br>P.O. Box 8140<br>Little Rock, AR 72203 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,114.00 | $6,114.00 |
| Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    Vey's Bandit, LLC    Case number (if known)
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,164.00 | $11,164.00 |

Priority creditor's name and mailing address
Colorado Dept of Revenue
Sales and Use Tax
P.O. Box 17087
Denver, CO 80217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4    Priority creditor's name and mailing address
Connecticut sales tax
P.O. Box 5089
Hartford, CT 06102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,591.00    $4,591.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5    Priority creditor's name and mailing address
County Tax Collector
1600 Pacific Highway Room 162
San Diego, CA 92101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,564.00    $44,564.00

Date or dates debt was incurred
2021

Basis for the claim:
Taxes

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6    Priority creditor's name and mailing address
Dept of Tax and Fee Admin
Acct Grp  MIC:29
P.O. Box 942879
Sacramento, CA 94279

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,000.00    $13,000.00

Date or dates debt was incurred
2019-21

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Vey's Bandit, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,075.00 | $7,075.00 |
|---|---|---|---|
| Florida Dept of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2021 | Sales tax |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,790.00 | $11,790.00 |
|---|---|---|---|
| Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2020-21 | Taxes |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,450.00 | $19,450.00 |
|---|---|---|---|
| Georgia Dept of Revenue<br>1800 Century Bl. NE<br>#9100<br>Atlanta, GA 30345 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2021 | Sales tax |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,706.00 | $1,706.00 |
|---|---|---|---|
| Hawaii Dept of Taxation<br>P.O. Box 1325<br>Honolulu, HI 96806 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| 2021 | Sales tax |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Vey's Bandit, LLC**
_____  Case number (if known) _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,445.00 | $3,445.00 |
|------|---|---|---|---|

Idaho sales tax
P.O. Box 36
Boise, ID 83722

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,902.00 | $17,902.00 |

Illinois Dept. of Revenue
101 W. Jefferson St.
Springfield, IL 62702

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,295.00 | $12,295.00 |

Indiana sales tax
P.O. Box 6032
Indianapolis, IN 46206

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,072.00 | $14,072.00 |

Kansas Dept. of Revenue
P.O. Box 750680
Topeka, KS 66625

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor  Vey's Bandit, LLC
    Name

Case number (if known) _____

| 2.15 | Priority creditor's name and mailing address<br>Kentucky Dept of Revenue<br><br>Frankfort, KY 40619 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,117.00 | $9,117.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>Louisiana Dept of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>Maine Revenue Services<br>P.O. Box 9107<br>Augusta, ME 04332 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $657.00 | $657.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>Maryland Comptroller<br>P.O. Box 8888<br>Annapolis, MD 21401 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,665.00 | $2,665.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>20212 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Vey's Bandit, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,724.00 | $13,724.00 |
|---|---|---|---|---|

**2.19** Priority creditor's name and mailing address
Massachusetts Dept of Revenue
P.O. Box 7000
Boston, MA 02204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,724.00      $13,724.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
Michigan Dept of Treasury

Lansing, MI 48922

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,802.00      $19,802.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
■ Yes

---

**2.21** Priority creditor's name and mailing address
Minnesota Dept of Revenue
600 Robert St. N
Saint Paul, MN 55101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,313.00      $17,313.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
Missouri sales tax
P.O. Box 3390
Jefferson City, MO 65015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,067.00      $10,067.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Vey's Bandit, LLC                                                      Case number (if known) _____
_____
              Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,701.00 | $2,701.00 |
|---|---|---|---|---|

**2.23**

Priority creditor's name and mailing address
Nebraska Dept of Revenue
P.O. Box 94818
Lincoln, NE 68509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,701.00    $2,701.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
Nevada Dept of Taxation
700 E. Warm Springs Rd.
2d floor
Las Vegas, NV 89119

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,201.00    $6,201.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
New Jersey Div. of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,123.00    $35,123.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
New Mexico Tax and Rev.
1100 South St. Francis Dr.
Santa Fe, NM 87505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,175.00    $6,175.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   Vey's Bandit, LLC                                                Case number (if known) _____
      Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,031.00 | $40,031.00 |
|------|---|---|---|---|
| | New York State Dept Tax<br>NYS Ass. Receivables<br>P.O. Box 4127<br>Binghamton, NY 13902 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| | North Carolina Dept of Revenue<br>501 N. Wilmington St.<br>Raleigh, NC 27604 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,474.00 | $10,474.00 |
| | Oklahoma Tax Commission<br>201 W. 5th St.<br>#400<br>Tulsa, OK 74103 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,968.00 | $12,968.00 |
| | Pennsylvania Dept of Revenue<br>P.O. Box 280905<br>Harrisburg, PA 17128 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>2021 | Basis for the claim:<br>Sales tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Vey's Bandit, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,577.00 | $19,577.00 |
|---|---|---|---|---|

**Tennessee Dept of Revenue**
500 Deaderick St.
Nashville, TN 37242

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,657.00 | $47,657.00 |
|---|---|---|---|---|

**Texas Comptroller**
111 E. 17th St.
Austin, TX 78774

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Utah Sales Tax Comm**
210 N. 1950 W
Salt Lake City, UT 84134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,748.00 | $2,748.00 |
|---|---|---|---|---|

**Vermont Dept of Tax**
P.O. Box 1881
Montpelier, VT 05601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Vey's Bandit, LLC**
_____
Name

Case number (if known) _____

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,547.00 | $15,547.00 |
|---|---|---|---|---|

**2.35** Priority creditor's name and mailing address

Virginia Tax
P.O. Box 1115
Richmond, VA 23218

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,547.00    $15,547.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address

Washington Dept of Revenue
2101 4th Ave.
#1400
Seattle, WA 98121

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,585.00    $33,585.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address

West Virginia sales tax
P.O. Box 2745
Charleston, WV 25330

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,560.00    $5,560.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address

Wisconsin Dept of Revenue
2135 Rimrock Rd.
Madison, WI 53713

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,631.00    $28,631.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Vey's Bandit, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $951.00 | $951.00 |
|---|---|---|---|---|

**2.39** Priority creditor's name and mailing address
Wyoming Dept of Revenue
122 W. 25th St.
#E301
Cheyenne, WY 82002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$951.00     $951.00

Date or dates debt was incurred
2021

Basis for the claim:
Sales tax

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A Garage Door Store
901 Maine Ave.
Lakeside, CA 92040

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$228.00

Date(s) debt was incurred  2021
Last 4 digits of account number

Basis for the claim:   Services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Adobe Systems
345 Park Ave.
San Jose, CA 95110

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$719.00

Date(s) debt was incurred  2021
Last 4 digits of account number

Basis for the claim:   Fees
Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Adventure Twins LLC
2333 Montiel Rd.
San Marcos, CA 92069

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:   Listed for notice
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Affinity Development Group
10251 Vista Sorrento Pkwy
#300
San Diego, CA 92121

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred  2017
Last 4 digits of account number

Basis for the claim:   Listed for notice
Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
AlignAlytics
P.O. Box 417279
Boston, MA 02241

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00

Date(s) debt was incurred  2020
Last 4 digits of account number

Basis for the claim:   Services
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Vey's Bandit, LLC

Case number (if known) _____

Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,511.00 |
|---|---|---|---|

Amazon Web Services
P.O. Box 84023
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

Basis for the claim:  Cloud storage

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

American Express
P.O. Box 297879
Fort Lauderdale, FL 33329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2019-21_

Basis for the claim:  Credit card

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,277.00 |
|---|---|---|---|

ARI Network Services
Dept. Ch 19583
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020-21_

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $736.00 |
|---|---|---|---|

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

Basis for the claim:  Utility

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,465.00 |
|---|---|---|---|

Attentive Mobile
156 5th Ave.  #303
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,643.00 |
|---|---|---|---|

Avalara Inc.
Dept. CH 16781
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Awanoo Inc.
7600 Chevy Chase Dr.
#300
Austin, TX 78752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **Vey's Bandit, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|

BCDS Property LLC
17395 Grandee Pl.
San Diego, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Listed for notice

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,200.00 |
|------|---|---|---|

Bell Sports Inc.
P.O. Box 734151
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $860.00 |
|------|---|---|---|

Bing Ads Microsoft
P.O. Box 847543
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Advertising

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|

Brex
405 Howard St.  Fl. 2
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Credit card

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|---|---|---|

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Listed for notice

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000,000.00 |
|------|---|---|---|

S. Cavadias
690 N. Second St.
El Cajon, CA 92021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2017-22

**Last 4 digits of account number** _

**Basis for the claim:** Loans and investment

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,400.00 |
|------|---|---|---|

Chevron & Texaco
Business Card Services
P.O. Box 70887
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2021

**Last 4 digits of account number** _

**Basis for the claim:** Credit card debt

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Vey's Bandit, LLC**      Case number (if known) _____
       Name

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Cloudflare | ☐ Contingent |
| | Dept. LA 24609 | ☐ Unliquidated |
| | Pasadena, CA 91185 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$78,000.00

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Cox Cable | ☐ Contingent |
| | PO Box 53262 | ☐ Unliquidated |
| | Phoenix, AZ 85072 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Utility |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$46,434.00

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Crown Lift Trucks | ☐ Contingent |
| | 12725 Stowe Dr | ☐ Unliquidated |
| | Poway, CA 92064 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rental |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$835.00

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Dell Financial Services | ☐ Contingent |
| | P. O. Box 6403 | ☐ Unliquidated |
| | Carol Stream, IL 60197 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Purchases |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$2,312.00

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Dialpad Inc. | ☐ Contingent |
| | Dept. 3808 | ☐ Unliquidated |
| | P.O. Box 123808 | ☐ Disputed |
| | Dallas, TX 75312 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Phones |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$1,555.00

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Digital Throttle | ☐ Contingent |
| | 774 Mays Bl. | ☐ Unliquidated |
| | PO Box 10-457 | ☐ Disputed |
| | Incline Village, NV 89451 | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Advertising |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$13,978.00

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Discovery Benefits | ☐ Contingent |
| | P.O. Box 9528 | ☐ Unliquidated |
| | Fargo, ND 58106 | ☐ Disputed |
| | **Date(s) debt was incurred** _2021_ | **Basis for the claim:** Services |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$125.00

Debtor **Vey's Bandit, LLC**
_____

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Dotnet Tech<br>3976 Biddle St.<br>San Diego, CA 92111 | $27,930.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Enterprise Financial Grp<br>P.O. Box 670537<br>Dallas, TX 75267 | $116.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Breach of contract

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Epik Systems<br>2038 Corte del Nogal<br>#142<br>Carlsbad, CA 92011 | $16,232.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Web work

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Form-Craft Business Systems<br>4952 Naples Street<br>San Diego, CA 92110 | $217.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Forter Inc.<br>P.O. Box 771470<br>Saint Louis, MO 63177 | $16,586.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Freeplay Music LLC<br>1650 Broadway<br>Suite 1108<br>New York, NY 10019 | Unknown |

**Date(s) debt was incurred**  2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lawsuit

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Freightquote<br>16025 W. 113th St.<br>Lenexa, KS 66219 | $2,517.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Delivery

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    Vey's Bandit, LLC _____    Case number *(if known)* _____
          Name

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|--------|--------|--------|
| | Fruth Group | ☐ Contingent | |
| | 3220 E. Harbour Dr. | ☐ Unliquidated | |
| | Phoenix, AZ 85034 | ■ Disputed | |
| | **Date(s) debt was incurred** _2021_ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $597.00 |
|------|--------|--------|--------|
| | GoDataFeed | ☐ Contingent | |
| | 190 S Pine Island Rd. #5 | ☐ Unliquidated | |
| | Fort Lauderdale, FL 33324 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Advertising | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $590,000.00 |
|------|--------|--------|--------|
| | Google | ☐ Contingent | |
| | Dept. 33654 | ☐ Unliquidated | |
| | P.O. Box 39000 | ☐ Disputed | |
| | San Francisco, CA 94139 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Advertising | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|--------|--------|--------|
| | Heffernan Ins. Brokers | ☐ Contingent | |
| | 757 S. Alameda St. | ☐ Unliquidated | |
| | #350 | ☐ Disputed | |
| | Los Angeles, CA 90021 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Listed for notice | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,365.00 |
|------|--------|--------|--------|
| | Intercom | ☐ Contingent | |
| | 55 2nd St. | ☐ Unliquidated | |
| | 4th Fl | ☐ Disputed | |
| | San Francisco, CA 94105 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|--------|--------|--------|
| | Isenhower Inc. | ☐ Contingent | |
| | 825 Doris Dr. | ☐ Unliquidated | |
| | Encinitas, CA 92024 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Listed for notice | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,500.00 |
|------|--------|--------|--------|
| | Kibo Software | ☐ Contingent | |
| | 75 Remittance Dr. | ☐ Unliquidated | |
| | Dept. 6588 | ☐ Disputed | |
| | Chicago, IL 60675 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Website engineering | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  Vey's Bandit, LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | $1,970.00 |
| | Klim | |
| | 3753 E. County Line Rd. | |
| | Rigby, ID 83442 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Lawyers for Empl & Cons Rights | |
| | 4100 West Alameda Aveue | |
| | Third Floor | |
| | Burbank, CA 91505 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Last 4 digits of account number** EE De la Torre

Basis for the claim:  Attorney for Employee A. De la Torre

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.43** | **Nonpriority creditor's name and mailing address** | $1,666.00 |
| | Live Person | |
| | 475 Tenth Ave. | |
| | 5th Fl | |
| | New York, NY 10018 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.44** | **Nonpriority creditor's name and mailing address** | $31,997.00 |
| | LJM Freight Auditing | |
| | P.O. Box 262 | |
| | West Islip, NY 11795 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Auditing

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address** | $3,341.00 |
| | LS2 Helmets | |
| | 2255 White Oak Cir | |
| | Aurora, IL 60502 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.46** | **Nonpriority creditor's name and mailing address** | $477.00 |
| | Lynn's Locksmith | |
| | 1380 E Main St. | |
| | El Cajon, CA 92021 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.47** | **Nonpriority creditor's name and mailing address** | $24,612.00 |
| | Mission Cloud Services | |
| | 222 Pacific Coast Hwy | |
| | 10th Fl | |
| | El Segundo, CA 90245 | |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    Vey's Bandit, LLC
_____     Case number *(if known)* _____
                    Name

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $669.00 |
|---|---|---|---|

Motonation
10225 Prospect Ave.
Santee, CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,997.00 |
|---|---|---|---|

North County Yamaha
2333 Montiel Rd.
San Marcos, CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,299.00 |
|---|---|---|---|

Olyslager
1807 S. Washington St.  #11
Naperville, IL 60565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Breach of contract_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $441.00 |
|---|---|---|---|

Otay Water Dist
P.O. Box 51375
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,100.00 |
|---|---|---|---|

Oxford Products
4815 Executive Park Ct.
Jacksonville, FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $411.00 |
|---|---|---|---|

PAC Heating and Air
230 Millar Ave
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Parts Unlimited
P.O. Box 5222
Janesville, WI 53547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Listed for notice_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Vey's Bandit, LLC
   Name                 Case number (if known) _____

| | | |
|---|---|---|
| **3.55** | **Nonpriority creditor's name and mailing address** | **$1,100.00** |
| | Pioneer Security | |
| | 991 Lomas Santa Fe Dr. | |
| | C-415 | |
| | Solana Beach, CA 92075 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

**Basis for the claim:**  Vendor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.56** | **Nonpriority creditor's name and mailing address** | **$7,841.00** |
| | Powerstride Battery | |
| | 122 Enterprise Ct. | |
| | Corona, CA 92882 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Vendor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | **$194.00** |
| | PreZero US Svcs | |
| | 2301 E 7th St. | |
| | #A-337 | |
| | Los Angeles, CA 90023 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Breach of contract

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.58** | **Nonpriority creditor's name and mailing address** | **$842.00** |
| | Principal Financial Group | |
| | P.O. Box 10372 | |
| | Des Moines, IA 50306 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

**Basis for the claim:**  Vendor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.59** | **Nonpriority creditor's name and mailing address** | **$1,500.00** |
| | Rambur Inc. | |
| | 7887 Sitio Abeto | |
| | Carlsbad, CA 92009 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

**Basis for the claim:**  Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address** | **$101,693.00** |
| | Reflektion | |
| | 1825 S. Grant St. | |
| | #900 | |
| | San Mateo, CA 94402 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address** | **$5,000.00** |
| | Rekluse Motor Sports | |
| | 12000 W Franklin Rd. | |
| | Garden City, ID 83714 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Vendor

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 19 of 24

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Vey's Bandit, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,767.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**3.62** Nonpriority creditor's name and mailing address
Rock West Composites
7625 Panasonic Way
San Diego, CA 92154

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Breach of contract

Is the claim subject to offset? ■ No ☐ Yes

$101,767.00

---

**3.63** Nonpriority creditor's name and mailing address
Rocket Triumph
5171 Morena Pl.
San Diego, CA 92110

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$147.00

---

**3.64** Nonpriority creditor's name and mailing address
R. Rosenberg
690 N. Second St.
El Cajon, CA 92021

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Listed for notice

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.65** Nonpriority creditor's name and mailing address
V. Rosenberg
690 N. Second St.
El Cajon, CA 92021

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Listed for notice

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.66** Nonpriority creditor's name and mailing address
Russell Plumbing
1014 Broadway  #A
El Cajon, CA 92021

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ■ No ☐ Yes

$149.00

---

**3.67** Nonpriority creditor's name and mailing address
San Diego BMW Motorcycles
5673 Kearny Villa Rd. #A
San Diego, CA 92123

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$8,225.00

---

**3.68** Nonpriority creditor's name and mailing address
San Diego Motor Imports
9245 Jamacha Bl.
Spring Valley, CA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$182.00

Debtor    Vey's Bandit, LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address**<br>Schwartz Semerdjian<br>101 W. Broadway #810<br>San Diego, CA 92101<br><br>**Date(s) debt was incurred** 2021-22<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Legal services<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.70** | **Nonpriority creditor's name and mailing address**<br>SDG&E<br>PO Box 25111<br>Santa Ana, CA 92799-5111<br><br>**Date(s) debt was incurred** 2021-22<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Utility<br><br>Is the claim subject to offset? ■ No ☐ Yes | $49,000.00 |
| **3.71** | **Nonpriority creditor's name and mailing address**<br>Sendgrid<br>1801 California St. #500<br>Denver, CO 80202<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $299.00 |
| **3.72** | **Nonpriority creditor's name and mailing address**<br>Sharp Healthcare<br>8695 Spectrum Center Blvd.<br>San Diego, CA 92123<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Listed for notice<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.73** | **Nonpriority creditor's name and mailing address**<br>Sid's Carpet Barn<br>132 W. 8th St.<br>National City, CA 91950<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Breach of contract<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20,550.00 |
| **3.74** | **Nonpriority creditor's name and mailing address**<br>Sifted LLC<br>P.O. Box 932<br>Kaysville, UT 84037<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $17,388.00 |
| **3.75** | **Nonpriority creditor's name and mailing address**<br>SKAVA<br>555 Mission St. #1950<br>San Francisco, CA 94105<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | $289,250.00 |

Debtor    Vey's Bandit, LLC                                              Case number (if known) _____
_____
Name

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $179.00 |

Southern Motorcycle Supply
3670 Ruffin Rd.
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130.00 |

Squeegee Window Cleaning
6161 El Cajon Bl
#424
San Diego, CA 92115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75,000.00 |

Stripe
354 Oyster Point Bl.
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** _Credit card processing_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

Sullivans
900 N Hills Bl
#303
Reno, NV 89506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.00 |

Sun Pac Storage Containers
23222 Olive Ave.
Lake Forest, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Rent_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |

TaxValet
1887 Whitney Mesa DR.
#9191
Henderson, NV 89014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Listed for notice_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,584.00 |

TEG Staffing Inc.
P.O. Box 512126
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

Debtor    Vey's Bandit, LLC                                                    Case number (if known) _____
                 Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

Thompson COE Cousins
700 N. Pearl St.
25th Fl
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Legal fees

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221,359.00 |
|------|---|---|---|

Titan Growth
10907 Technology Pl
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,370.00 |
|------|---|---|---|

Troy Lee Designs
155 E. Rincon ST.
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253,000.00 |
|------|---|---|---|

Tucker Rocky
4900 Alliance Gateway Fwy
Fort Worth, TX 76177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,855.00 |
|------|---|---|---|

TurnTo
330 7th Ave.
#1203
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,800.00 |
|------|---|---|---|

ULINE
2200 S. Lakeside Dr.
Waukegan, IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

UPS
28013 Network Place
Chicago, IL 60673-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Listed for notice

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | Vey's Bandit, LLC |
| | Name |

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,968.00 |
| | Van Leeuwen Enter. | ☐ Contingent | |
| | 13275 Paxton St. | ☐ Unliquidated | |
| | Pacoima, CA 91331 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,900,000.00 |
| | Vey's Powersports | ☐ Contingent | |
| | 690 N. Second St. | ☐ Unliquidated | |
| | El Cajon, CA 92021 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2017-21 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,231.00 |
| | Waste Management | ☐ Contingent | |
| | 2625 W. Grandview Road | ☐ Unliquidated | |
| | Phoenix, AZ 85023 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2021-22 | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
| | Western Plumbing | ☐ Contingent | |
| | P.O. Box 1269 | ☐ Unliquidated | |
| | El Cajon, CA 92020 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 533,504.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 14,403,160.00 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 14,936,664.00 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Vey's Bandit, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Leased copier |
|          State the term remaining | |
|          List the contract number of any government contract | Copier company |

**Fill in this information to identify the case:**

Debtor name   Vey's Bandit, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  R. Rosenberg | 690 N. Second St.<br>El Cajon, CA 92021 | Vineyard Ranch LLC | ☑ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.2  S. Cavadias | 690 N. Second St.<br>El Cajon, CA 92021 | Vineyard Ranch LLC | ☑ D   2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.3  V. Rosenberg | 690 N. Second St.<br>El Cajon, CA 92021 | Vineyard Ranch LLC | ☑ D   2.2<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Vey's Bandit |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I

## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1  Vey's Bandit

Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. **6.** $ 0.00  $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. **7.** $ 0.00  $ 0.00

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. **8a.** $ 0.00  $ 0.00

   8b. **Interest and dividends** **8b.** $ 0.00  $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. **8c.** $ 0.00  $ 0.00

   8d. **Unemployment compensation** **8d.** $ 0.00  $ 0.00

   8e. **Social Security** **8e.** $ 0.00  $ 0.00

   8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ **8f.** $ 0.00  $ 0.00

   8g. **Pension or retirement income** **8g.** $ 0.00  $ 0.00

   8h. **Other monthly income. Specify:** _____ **8h.+** $ 0.00 +  $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. **9.** $ 0.00  $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9. **10.** $ 0.00 + $ 0.00 = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ **11.** +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies **12.** $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1: **Vey's Bandit**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF CALIFORNIA**

Case number: _____
(If known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☑ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ _____ 0.00 |
| **If not included in line 4:** | |
| 4a. Real estate taxes | 4a. $ _____ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ _____ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

Debtor 1  Vey's Bandit

Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 0.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify the case:**

Debtor name  Vey's Bandit, LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2022 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $7,700,000.00 |
| For year before that:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $23,000,000.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   Vey's Bandit, LLC                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Amazon Web Services<br>P.O. Box 84023<br>Seattle, WA 98124 | Nov. 2021 | $33,687.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2. Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Nov. - Dec. 2021 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Credit card_ |
| 3.3. Chevron & Texaco<br>Business Card Services<br>P.O. Box 70887<br>Charlotte, NC 28272 | Nov. 2021 | $7,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Credit card_ |
| 3.4. Heffernan Ins. Brokers<br>757 S. Alameda St.<br>#350<br>Los Angeles, CA 90021 | Dec. 2021 | $6,980.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_Insurance_ |
| 3.5. Isenhower Inc.<br>825 Doris Dr.<br>Encinitas, CA 92024 | Nov. - Dec. 2021 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. Jinsung KIm | Dec. 2021 | $8,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.7. Mission Cloud Services<br>222 Pacific Coast Hwy<br>10th Fl<br>El Segundo, CA 90245 | Nov - Dec. 2021 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.8. North County Yamaha<br>2333 Montiel Rd.<br>San Marcos, CA 92069 | Dec. 2021 | $73,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Vey's Bandit, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. Parts Unlimited<br>P.O. Box 5222<br>Janesville, WI 53547 | Nov. 2021 | $71,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Rambur Inc.<br>7887 Sitio Abeto<br>Carlsbad, CA 92009 | Nov.  - Dec.<br>2021 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. Rocket Triumph<br>5171 Morena Pl.<br>San Diego, CA 92110 | Nov. 2021 | $14,059.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Sharp Healthcare<br>8695 Spectrum Center Blvd.<br>San Diego, CA 92123 | Nov. 2021 | $8,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Insurance___ |
| 3.13. TaxValet<br>1887 Whitney Mesa DR.<br>#9191<br>Henderson, NV 89014 | Nov. - Dec.<br>2021 | $8,932.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | Nov. - Dec.<br>2021 | $38,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Shipping___ |
| 3.15. Vey's Powersports<br>690 N. Second St.<br>El Cajon, CA 92021 | Nov. 2021 | $64,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | Vey's Bandit, LLC | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Vey's Powersports<br>690 N. Second St.<br>El Cajon, CA 92021<br>Shareholder | Last 12 months | $103,724.00 | Loan repayments |
| 4.2.   Vey's Powersports<br>690 N. Second St.<br>El Cajon, CA 92021<br>Shareholder | Last 12 months | $457,606.00 | Purchases of parts inventory |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Landlord | Business premises surrendered to landlord | Dec. 2021 | $0.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Parts Unlimited<br>P.O. Box 5222<br>Janesville, WI 53547 | Set off of letter of credit<br>Last 4 digits of account number: _____ | Jan. 2022 | $130,000.00 |

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Freeplay Music LLC v Vey's Bandit<br>21CV1289 BAS DEB | Collection | US Dist. Ct<br>880 Front St.<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Vey's Bandit, LLC              Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Ed Tucker Distributor v Vey's Bandit<br>342-327540-21 | Collection | Tarrant County Dist Ct<br>TX | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | LJM v Vey's Bandit<br>606767/20 | Collection | New York Supreme Court<br>Nassau County<br>NY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Ed Tucker v Vey's Bandit<br>37-2021-00052244 CU EN CTL | Collection | San Diego Superior Court<br>220 W. Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Vey's Bandit, LLC      Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Michael T. O'Halloran 401 West A Street Suite 1150 San Diego, CA 92101 | Funds | August and November 2021, January 2022 | $26,760.00 |
| | **Email or website address** www.DebtSD.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2780 Via Orange Way Ste. A Spring Valley, CA 91978 | |
| 14.2. | 7625 Panasonic Way San Diego, CA 92154 | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    Vey's Bandit, LLC _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    Vey's Bandit, LLC _____    Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  Adventure Twins LLC<br>2333 Montiel Rd.<br>San Marcos, CA 92069 | Parts sales.  Debtor was a part-owner of this LLC. | EIN:    84-3729818<br><br>From-To    2020  to present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  Kirk Riley<br>9240 Madison Ave.<br>La Mesa, CA 91941 | 2017 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

Debtor   Vey's Bandit, LLC                                          Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Vey's Powersports<br>690 N. Second St.<br>El Cajon, CA 92021 | None known to be missing |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Ken Wahlster |
| 26d.2. Partzilla |
| 26d.3. Vineyard Ranch LLC<br>10251 Vista Sorrento Pkwy<br>Suite 300<br>San Diego, CA 92121 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| R. Rosenberg | 690 N. Second St.<br>El Cajon, CA 92021 | Managing member | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vey's Powersports | 690 N. Second St.<br>El Cajon, CA 92021 | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    Vey's Bandit, LLC                                    Case number *(if known)*

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Vey's Powersports info about at Q.4 | | | |
| Relationship to debtor Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Vey's Powersports, Inc. | **EIN:**    20-5072961 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  3, 2022

/s/ R. Rosenberg                                R. Rosenberg
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Revised: 1/24/13
Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B No. 99085
401 West A Street
Suite 1150
San Diego, CA 92101-7920
619.233.1727
No. 99085 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Vey's Bandit, LLC

Tax I.D. / S.S. #: 61-1844852

Debtor.

BANKRUPTCY NO.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### RIGHTS AND RESPONSIBILITIES OF CHAPTER 7 DEBTORS
### AND THEIR ATTORNEY

In order for debtors and their attorneys to understand their rights and responsibilities in the bankruptcy process, the following terms of engagement are hereby agreed to by the parties.

Nothing in this agreement should be construed to excuse an attorney from any ethical duties or responsibilities under Federal Rule of Bankruptcy Procedure 9011 and the Local Bankruptcy Rules.

## I.
## Services Included in the Initial Fee Charged

The following are services that an attorney must provide as part of the initial fee charged for representation in a Chapter 7 case:

1.    Meet with the debtor to review the debtor's assets, liabilities, income and expenses.

2.    Analyze the debtor's financial situation, and render advice to the debtor in determining whether to file a petition in bankruptcy.

3.    Describe the purpose, benefits, and costs of the Chapters the debtor may file, counsel the debtor regarding the advisability of filing either a Chapter 7, 11, or 13 case, and answer the debtor's questions.

4.    Advise the debtor of the requirement to attend the Section 341(a) Meeting of Creditors, and instruct the debtor as to the date, time and place of the meeting.

5.    Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans or leases.

6.  Timely prepare, file and serve, as required, the debtor's petition, schedules, Statement of Financial Affairs, and any necessary amendments to Schedule C.

7.  Provide documents pursuant to the Trustee Guidelines and any other information requested by the Chapter 7 Trustee or the Office of the United State Trustee.

8.  Provide an executed copy of the Rights and Responsibilities of Chapter 7 Debtors and their Attorneys to the debtor.

9.  Appear and represent the debtor at the Section 341(a) Meeting of Creditors, and any continued meeting, except as further set out in Section II.

10. File the Certificate of Debtor Education if completed by the debtor and provided to the attorney before the case is closed.

11. Attorney shall have a continuing obligation to assist the debtor by returning telephone calls, answering questions and reviewing and sending correspondence.

12. Respond to and defend objections to claim(s) of exemption arising from attorney error(s) in Schedule C.

## II.
## Services Included as Part of Chapter 7 Representation,
## Subject to an Additional Fee

The following are services, included as part of the representation of the debtor, but for which the attorney may charge additional fees.

1.  Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documents or acceptable identification;

2.  Amendments, except that no fee shall be charged for any amendment to Schedule C that may be required as a result of attorney error;

3.  Opposing Motions for Relief from Stay;

4.  Reaffirmation Agreements and hearings on Reaffirmation Agreements;

5.  Redemption Motions and hearings on Redemption Motions;

6.  Preparing, filing, or objecting to Proofs of Claims, when appropriate, and if applicable;

7.  Representation in a Motion to Dismiss or Convert debtor's case;

8.  Motions to Reinstate or Extend the Automatic Stay;

9.  Negotiations with Chapter 7 Trustee in aid of resolving nonexempt asset, turnover or asset administration issues.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# III.
# Additional Services Not Included in the Initial Fee Which Will Require a
# Separate Fee Agreement

The following services are <u>not</u> included as part of the representation in a Chapter 7 case, unless the attorney and debtor negotiate representation in these post-filing matters at mutually agreed upon terms in advance of any obligation of the attorney to render services. Unless a new fee agreement is negotiated between debtor and attorney, attorney will not be required to represent the debtor in these matters:

1.   Defense of Complaint to Determine Non-Dischargeability of a Debt or filing Complaint to determine Dischargeability of Debt;

2.   Defense of a Complaint objecting to discharge;

3.   Objections to Claim of Exemption, except where an objection arises due to an error on Schedule C;

4.   Sheriff levy releases;

5.   Section 522(f) Lien Avoidance Motions;

6.   Opposing a request for, or appearing at a 2004 examination;

7.   All other Motions or Applications in the case, including to Buy, Sell, or Refinance Real or other Property;

8.   Motions or other proceedings to enforce the automatic stay or discharge injunction;

9.   Filing or responding to an appeal;

10.  An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f).

# IV.
# Duties and Responsibilities of the Debtor

As the debtor filing for a Chapter 7 bankruptcy, you must:

1.   Fully disclose everything you own, lease, or otherwise believe you have a right or interest in prior to filing the case;

2.   List everyone to whom you owe money, including your friends, relatives or someone you want to repay after the bankruptcy is filed;

3.   Provide accurate and complete financial information;

4.   Provide all requested information and documentation in a timely manner, in accordance with the Chapter 7 Trustee Guidelines;

5.   Cooperate and communicate with your attorney;

6.   Discuss the objectives of the case with your attorney before you file;

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

7.      Keep the attorney updated with any changes in contact information, including email address;

8.      Keep the attorney updated on any and all collection activities by any creditor, including lawsuits, judgments, garnishments, levies and executions on debtor's property;

9.      Keep the attorney updated on any changes in the household income and expenses;

10.     Timely file all statutorily required tax returns;

11.     Inform the attorney if there are any pending lawsuits or rights to pursue any lawsuits;

12.     Appear at the Section 341(a) Meeting of Creditors, and any continued Meeting of Creditors;

13.     Bring proof of social security number and government issued photo identification to the Section 341(a) Meeting of Creditors;

14.     Provide date-of-filing bank statements to the attorney no later than 7 days after filing of your case;

15.     Pay all required fees prior to the filing of the case;

16.     Promptly pay all required fees in the event post filing fees are incurred;

17.     Debtors must not direct, compel or demand their attorney to take a legal position or oppose a motion in violation of any Ethical Rule, any Rule of Professional Conduct, or Federal Rule that is not well grounded in fact or law.

Dated: February 3, 2022                        /s/ R. Rosenberg
                                               R. Rosenberg
                                               Debtor

Dated: February 3, 2022                        /s/ Michael T. O'Halloran CLS-B No.
                                               Michael T. O'Halloran CLS-B No. 99085
                                               Attorney for Debtor(s)

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re    Vey's Bandit, LLC

Case No.

Debtor(s)

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,000.00 |
| Prior to the filing of this statement I have received | $ | 12,000.00 |
| Balance Due | $ | 0.00 |

2. $ __338.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      The fee includes $335 applied to the court filing fee, credit report fee and other costs.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtor or debtors in any dischargeability actions, 2004 examinations, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matter. Post-petition representation not covered by the flat fee shall be rendered, if agreed to by the debtor and the Firm, at the usual hourly rates charged by the Firm.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 3, 2022

*Date*

/s/ Michael T. O'Halloran CLS-B No.

Michael T. O'Halloran CLS-B No. 99085

*Signature of Attorney*

Law Office of Michael T. O'Halloran
401 West A Street
Suite 1150
San Diego, CA 92101-7920
619.233.1727
mto@debtsd.com

*Name of law firm*

---

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B No. 99085
401 West A Street
Suite 1150
San Diego, CA 92101-7920
619.233.1727
No. 99085 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Vey's Bandit, LLC

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.    TOTAL NO. OF CREDITORS: <u>134</u>

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.    TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: <u>February 3, 2022</u>      /s/ R. Rosenberg
                                    R. Rosenberg/Manager
                                    Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

     a)      A new petition is filed.  Diskette required.

     b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

     c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

     a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

     b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

     a)      <u>Scannable matrix format required.</u>

     b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

     c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

A Garage Door Store
901 Maine Ave.
Lakeside, CA 92040


Adobe Systems
345 Park Ave.
San Jose, CA 95110


Adventure Twins LLC
2333 Montiel Rd.
San Marcos, CA 92069


Affinity Development Group
10251 Vista Sorrento Pkwy
#300
San Diego, CA 92121


AlignAlytics
P.O. Box 417279
Boston, MA 02241


Amazon Web Services
P.O. Box 84023
Seattle, WA 98124


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329


ARI Network Services
Dept. Ch 19583
Palatine, IL 60055


Arizona Dept of Revenue
P.O. Box 29010
Phoenix, AZ 85038-9010

Arkansas Dept Treasurery
P.O. Box 8140
Little Rock, AR 72203


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Attentive Mobile
156 5th Ave.  #303
New York, NY 10010


Avalara Inc.
Dept. CH 16781
Palatine, IL 60055


Awanoo Inc.
7600 Chevy Chase Dr.
#300
Austin, TX 78752


BCDS Property LLC
17395 Grandee Pl.
San Diego, CA 92128


Bell Sports Inc.
P.O. Box 734151
Chicago, IL 60673


Bing Ads Microsoft
P.O. Box 847543
Dallas, TX 75284


Brex
405 Howard St.  Fl. 2
San Francisco, CA 94105

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281


S. Cavadias
690 N. Second St.
El Cajon, CA 92021


Chevron & Texaco
Business Card Services
P.O. Box 70887
Charlotte, NC 28272


Cloudflare
Dept. LA 24609
Pasadena, CA 91185


Colorado Dept of Revenue
Sales and Use Tax
P.O. Box 17087
Denver, CO 80217


Connecticut sales tax
P.O. Box 5089
Hartford, CT 06102


County Tax Collector
1600 Pacific Highway Room 162
San Diego, CA 92101


Cox Cable
PO Box 53262
Phoenix, AZ 85072


Crown Lift Trucks
12725 Stowe Dr
Poway, CA 92064

```
Dell Financial Services
P. O. Box 6403
Carol Stream, IL 60197


Dept of Tax and Fee Admin
Acct Grp  MIC:29
P.O. Box 942879
Sacramento, CA 94279


Dialpad Inc.
Dept. 3808
P.O. Box 123808
Dallas, TX 75312


Digital Throttle
774 Mays Bl.
PO Box 10-457
Incline Village, NV 89451


Discovery Benefits
P.O. Box 9528
Fargo, ND 58106


Dotnet Tech
3976 Biddle St.
San Diego, CA 92111


Ed Tucker Distributor
4900 Alliance Gateway Fwy
Fort Worth, TX 76177


Enterprise Financial Grp
P.O. Box 670537
Dallas, TX 75267


Epik Systems
2038 Corte del Nogal
#142
Carlsbad, CA 92011
```

Florida Dept of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399


Form-Craft Business Systems
4952 Naples Street
San Diego, CA 92110


Forter Inc.
P.O. Box 771470
Saint Louis, MO 63177


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


Freeplay Music LLC
1650 Broadway
Suite 1108
New York, NY 10019


Freightquote
16025 W. 113th St.
Lenexa, KS 66219


Fruth Group
3220 E. Harbour Dr.
Phoenix, AZ 85034


Georgia Dept of Revenue
1800 Century Bl. NE
#9100
Atlanta, GA 30345


GoDataFeed
190 S Pine Island Rd.  #5
Fort Lauderdale, FL 33324

```
Google
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139


Hawaii Dept of Taxation
P.O. Box 1325
Honolulu, HI 96806


Heffernan Ins. Brokers
757 S. Alameda St.
#350
Los Angeles, CA 90021


Idaho sales tax
P.O. Box 36
Boise, ID 83722


Illinois Dept. of Revenue
101 W. Jefferson St.
Springfield, IL 62702


Indiana sales tax
P.O. Box 6032
Indianapolis, IN 46206


Intercom
55 2nd St.
4th Fl
San Francisco, CA 94105


Isenhower Inc.
825 Doris Dr.
Encinitas, CA 92024


Kansas Dept. of Revenue
P.O. Box 750680
Topeka, KS 66625
```

Kentucky Dept of Revenue
Frankfort, KY 40619


Kibo Software
75 Remittance Dr.
Dept. 6588
Chicago, IL 60675


Klim
3753 E. County Line Rd.
Rigby, ID 83442


Lawyers for Empl & Cons Rights
4100 West Alameda Aveue
Third Floor
Burbank, CA 91505


Live Person
475 Tenth Ave.
5th Fl
New York, NY 10018


LJM Freight Auditing
P.O. Box 262
West Islip, NY 11795


Louisiana Dept of Revenue
P.O. Box 201
Baton Rouge, LA 70821


LS2 Helmets
2255 White Oak Cir
Aurora, IL 60502


Lynn's Locksmith
1380 E Main St.
El Cajon, CA 92021

Maine Revenue Services
P.O. Box 9107
Augusta, ME 04332


Maryland Comptroller
P.O. Box 8888
Annapolis, MD 21401


Massachusetts Dept of Revenue
P.O. Box 7000
Boston, MA 02204


Michigan Dept of Treasury
Lansing, MI 48922


Minnesota Dept of Revenue
600 Robert St. N
Saint Paul, MN 55101


Mission Cloud Services
222 Pacific Coast Hwy
10th Fl
El Segundo, CA 90245


Missouri sales tax
P.O. Box 3390
Jefferson City, MO 65015


Motonation
10225 Prospect Ave.
Santee, CA 92071


Nebraska Dept of Revenue
P.O. Box 94818
Lincoln, NE 68509

Nevada Dept of Taxation
700 E. Warm Springs Rd.
2d floor
Las Vegas, NV 89119


New Jersey Div. of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695


New Mexico Tax and Rev.
1100 South St. Francis Dr.
Santa Fe, NM 87505


New York State Dept Tax
NYS Ass. Receivables
P.O. Box 4127
Binghamton, NY 13902


North Carolina Dept of Revenue
501 N. Wilmington St.
Raleigh, NC 27604


North County Yamaha
2333 Montiel Rd.
San Marcos, CA 92069


Oklahoma Tax Commission
201 W. 5th St.
#400
Tulsa, OK 74103


Olyslager
1807 S. Washington St. #11
Naperville, IL 60565


Otay Water Dist
P.O. Box 51375
Los Angeles, CA 90051

Oxford Products
4815 Executive Park Ct.
Jacksonville, FL 32216


PAC Heating and Air
230 Millar Ave
El Cajon, CA 92020


Parts Unlimited
P.O. Box 5222
Janesville, WI 53547


Pennsylvania Dept of Revenue
P.O. Box 280905
Harrisburg, PA 17128


Pioneer Security
991 Lomas Santa Fe Dr.
C-415
Solana Beach, CA 92075


Powerstride Battery
122 Enterprise Ct.
Corona, CA 92882


PreZero US Svcs
2301 E 7th St.
#A-337
Los Angeles, CA 90023


Principal Financial Group
P.O. Box 10372
Des Moines, IA 50306


Rambur Inc.
7887 Sitio Abeto
Carlsbad, CA 92009

Reflektion
1825 S. Grant St.
#900
San Mateo, CA 94402


Rekluse Motor Sports
12000 W Franklin Rd.
Garden City, ID 83714


Rock West Composites
7625 Panasonic Way
San Diego, CA 92154


Rocket Triumph
5171 Morena Pl.
San Diego, CA 92110


R. Rosenberg
690 N. Second St.
El Cajon, CA 92021


V. Rosenberg
690 N. Second St.
El Cajon, CA 92021


Russell Plumbing
1014 Broadway #A
El Cajon, CA 92021


San Diego BMW Motorcycles
5673 Kearny Villa Rd. #A
San Diego, CA 92123


San Diego Motor Imports
9245 Jamacha Bl.
Spring Valley, CA

Schwartz Semerdjian
101 W. Broadway #810
San Diego, CA 92101


SDG&E
PO Box 25111
Santa Ana, CA 92799-5111


Sendgrid
1801 California St.  #500
Denver, CO 80202


Sharp Healthcare
8695 Spectrum Center Blvd.
San Diego, CA 92123


Sid's Carpet Barn
132 W. 8th St.
National City, CA 91950


Sifted LLC
P.O. Box 932
Kaysville, UT 84037


SKAVA
555 Mission St.  #1950
San Francisco, CA 94105


Southern Motorcycle Supply
3670 Ruffin Rd.
San Diego, CA 92123


Squeegee Window Cleaning
6161 El Cajon Bl
#424
San Diego, CA 92115

Stripe
354 Oyster Point Bl.
South San Francisco, CA 94080


Sullivans
900 N Hills Bl
#303
Reno, NV 89506


Sun Pac Storage Containers
23222 Olive Ave.
Lake Forest, CA 92630


TaxValet
1887 Whitney Mesa DR.
#9191
Henderson, NV 89014


TEG Staffing Inc.
P.O. Box 512126
Los Angeles, CA 90051


Tennessee Dept of Revenue
500 Deaderick St.
Nashville, TN 37242


Texas Comptroller
111 E. 17th St.
Austin, TX 78774


Thompson COE Cousins
700 N. Pearl St.
25th Fl
Dallas, TX 75201


Titan Growth
10907 Technology Pl
San Diego, CA 92127

Troy Lee Designs
155 E. Rincon ST.
Corona, CA 92879


Tucker Rocky
4900 Alliance Gateway Fwy
Fort Worth, TX 76177


TurnTo
330 7th Ave.
#1203
New York, NY 10001


ULINE
2200 S. Lakeside Dr.
Waukegan, IL 60085


UPS
28013 Network Place
Chicago, IL 60673-1280


Utah Sales Tax Comm
210 N. 1950 W
Salt Lake City, UT 84134


Van Leeuwen Enter.
13275 Paxton St.
Pacoima, CA 91331


Vermont Dept of Tax
P.O. Box 1881
Montpelier, VT 05601


Vey's Powersports
690 N. Second St.
El Cajon, CA 92021

Vineyard Ranch LLC
10251 Vista Sorrento Pkwy
Suite 300
San Diego, CA 92121


Virginia Tax
P.O. Box 1115
Richmond, VA 23218


Washington Dept of Revenue
2101 4th Ave.
#1400
Seattle, WA 98121


Waste Management
2625 W. Grandview Road
Phoenix, AZ 85023


West Virginia sales tax
P.O. Box 2745
Charleston, WV 25330


Western Plumbing
P.O. Box 1269
El Cajon, CA 92020


Wisconsin Dept of Revenue
2135 Rimrock Rd.
Madison, WI 53713


Wyoming Dept of Revenue
122 W. 25th St.
#E301
Cheyenne, WY 82002

# United States Bankruptcy Court
## Southern District of California

In re  Vey's Bandit, LLC

Debtor(s)

Case No. 

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Vey's Bandit, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Vey's Powersports
690 N. Second St.
El Cajon, CA 92021

☐ None [*Check if applicable*]

February  3, 2022

Date

/s/ Michael T. O'Halloran CLS-B No.

Michael T. O'Halloran CLS-B No. 99085

Signature of Attorney or Litigant

Counsel for   Vey's Bandit, LLC

Law  Office of Michael T. O'Halloran

401 West A Street
Suite 1150
San Diego, CA 92101-7920
619.233.1727
mto@debtsd.com