CSD 1100 [2/2022] Page 1 of 3
Name, Address, Telephone No. & I.D. No.
Michael T. O'Halloran CLS-B No. 99085
401 West A Street
Suite 1150
San Diego, CA 92101-7920
619.233.1727
No. 99085 CA

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Vey's Bandit, LLC

BANKRUPTCY NO. 22-00294-CL7

Debtor.

## AMENDMENT
Presented are the following original documents [Check one or more boxes as appropriate]

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information(Form 106Sum)
- ☐ Schedule A/B:Property(Form 106A/B)
- ☐ Schedule C: The Property You Claim as Exempt(Form 106C)
- ☑ Schedule D-F : Creditors Who Have Claims Secured by Property ( Form 106D), Creditors Who Have Unsecured Claims (Form106E/ F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
- ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$32.00 fee required. See instructions on reverse side
- ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule G: Executory Contracts & Expired Leases(Form 106G)
- ☐ Schedule H: Your Co-Debtor(Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses(Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy(Form 107)
- ☐ Chapter 7 Statement of Your Current Monthly Income(Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation(Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income(Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period(Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income(Form 122C-2)
- ☐ Other:

Dated: 3/11/22            Signature _____
                                    Attorney for Debtor

CSD 1100 [2/2022] Page 2 of 3

## DECLARATION OF DEBTOR

I [We] __R. Rosenberg__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __/__ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: __3/1/22__    _____    _____
                            *Debtor                                        *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added.** Pages from the original document which are not affected by the change are <u>not</u> to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __3/14/22__ ☒ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒   Chapter 7 Trustee:   __C. Barclay__

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billinslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

**Fill in this information to identify the case:**

Debtor name: Vey's Bandit, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): 22-00294-CL7

■ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** ADDED Affinity Dev. Group<br>Creditor's Name<br>10251 Vista Sorrento Pkwy #300<br>San Diego, CA 92121<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2017<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All assets of the debtor<br><br>**Describe the lien**<br>UCC 1<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,900,000.00 | $0.00 |
| **2.2** DELETED Vineyard Ranch LLC<br>Creditor's Name<br>10251 Vista Sorrento Pkwy Suite 300<br>San Diego, CA 92121<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2017<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>All assets<br><br>**Describe the lien**<br>UCC 1<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $0.00 | Unknown |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | Vey's Bandit, LLC | Case number (if known) | 22-00294-CL7 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        $2,900,000.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

2.  **Served by United States Mail:**

On _____, , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.  **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    March 14, 2022
                    (Date)

/s/ Vanessa Harris
Vanessa Harris
Law Office of Michael T. O'Halloran
401 West A Street
Suite 1150
San Diego, CA 92101-7920
Address