CSD 1199 [09/28/2020]
Name, Address, Telephone No. & I.D. No.

Jesse S. Finlayson, SBN 179443
jfinlayson@ftrlfirm.com
Finlayson Toffer Roosevelt & Lilly LLP
15615 Alton Parkway, Suite 270
Irvine, CA 92618
Tel.: 949.759.3810 / Fax: 949.759.3812

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Vey's Bandit, LLC

BANKRUPTCY NO. 22-00294-CL7

Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-_____ Debtor.

**NOTICE OF HEARING AND MOTION
ON SALE OF PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on July 1, 2022, at 10:30 a.m., in Department 5, Room 318, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Christopher R. Barclay, Chapter 7 Trustee, to sell the following property ("Property"). Please describe:

The Trustee proposes to sell the Debtor's 49% membership interest in Adventure Twins LLC for $70,000. The proposed buyer has waived all contingencies and provided the Trustee with an earnest money deposit in the amount of $5,000. The Property is being sold on an "as is, where is" basis, with no warranties or representations of any kind. The sale is subject to overbids. Details about the terms of the sale and the proposed overbid procedures are included in the moving papers, which will be provided upon request. Interested parties should contact the Trustee (admin@crb7trustee.com; 619-255-1529).

The Property will be sold free and clear of the following liens and interests: *

All purported liens and interests in the Property, including the following:

1. Affinity Development Group, Inc. (UCC Filing No. 17-7592642013, Filing Date: 6/27/2017, as amended/assigned to Vineyard Ranch, LLC).
2. Ed Tucker Distributor, Inc. (UCC Filing No. 17-7603244660, Filing Date: 8/30/2017)
3. CHTD Company (UCC Filing No. 19-7717636916, Filing Date: 6/13/2019)
4. American Express National Bank (UCC Filing No. 19-7747152143, Filing Date: 11/18/2019)
5. First Corporate Solutions, as Representative (UCC Filing No. 20-7761718342, Filing Date: 2/10/2020)

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than 14[1] days from the date of service.**

DATED: June 1, 2022            /s/ Jesse S. Finlayson
                                [Attorney for] Moving Party

*The Trustee contends there are no valid and enforceable liens on the Property. This Notice is being provided in an abundance of caution in case any party disputes this contention.

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1199

## CERTIFICATE OF SERVICE

I certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the  2nd  day of  June 2022 , I served a copy of the NOTICE OF HEARING AND MOTION on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  June 2, 2022 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

☐   Attorney for Debtor (or Debtor), if required:

☐   Chapter 7 Trustee:

☑   For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐   For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐   For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On  June 1, 2022 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐   Attorney for Debtor (or Debtor), if required:

See attached service list.

CSD 1199

CSD 1199 (Page 3) [09/28/2020]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

   ☐ Attorney for Debtor (or Debtor), if required:

4. **Service pursuant to FRBP 7004 on the holders of the liens and interests affected by the Motion as follows**:

   On _____, I served the following person(s) and/or entity(ies):

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

   Executed on June 2, 2022                    /s/ Hind AbdulKader
                 (Date)                        (Typed Name and Signature)

                                               15615 Alton Parkway, Suite 270
                                               (Address)

                                               Irvine, CA 92618
                                               (City, State, ZIP Code)

CSD 1199

# PROOF OF SERVICE

I am over the age of eighteen years and am not a party to the within action. I am employed in the County of Orange, State of California, at the law offices of Finlayson Toffer Roosevelt & Lilly LLP, members of the bar of this Court. My business address is 15615 Alton Parkway, Suite 270, Irvine, California 92618. On June 2, 2022, I served ☒ a true copy / ☐ the original of the foregoing document(s) described as:

**NOTICE OF HEARING AND MOTION**

✓ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: Pursuant to controlling General Orders, a true copy will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the parties on the attached Service List are on the Electronic Mail Notice List to receive NEF transmission at the electronic mail addresses noted.

✓ **BY UNITED STATES MAIL**: I enclosed the document(s) in a sealed envelope or package to the parties on the attached Service List and placed it for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

___ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the parties on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

___ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the parties on the attached Service List at the electronic mail addresses listed.

___ **BY FACSIMILE**: I faxed the document(s) to the parties on the attached Service List at the fax numbers listed. No error was reported by the fax machine that I used. A fax transmission record was printed, a copy of which is maintained by this office.

___ **BY MESSENGER SERVICE**: I provided the document(s) to a professional messenger service for delivery to the parties on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on June 2, 2022.

                                                */s/ Hind AbdulKader*
                                                Hind AbdulKader

*In re Vey's Bandit, LLC*
U.S.B.C. S.D. Cal. Case No. 22-00294-CL7

## SERVICE LIST

### BY NEF

- Christopher R. Barclay    admin@crb7trustee.com, qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com
- Craig E. Dwyer    craigedwyer@aol.com
- Michael T. O'Halloran    mto@debtsd.com, vh@debtsd.com
- United States Trustee    ustp.region15@usdoj.gov
- Peter Villar    peter.villar@troutman.com, felisa.lybarger@troutman.com,richard.hagerty@troutman.com

### BY U.S. MAIL

American Express National Bank
Attn: Officer or Managing/General Agent
4315 South 2700 West
Salt Lake City, UT 84184

CHTD Company
Attn: Officer or Managing/General Agent
P.O. Box 2576
Springfield, IL 62708

First Corporate Solutions, as representative
Attn: Officer or Managing/General Agent
914 "S" Street
Sacramento, CA 95811

Jonathan Boustani
Barnes & Thornburg LLP
655 W. Broadway
Suite 1300
San Diego, CA 92101
**Counsel for Ed Tucker Distributor, Inc**.

Richard E. Hagerty
Troutman Pepper
401 9th Street, N.W., Suite 100
Washington, D.C. 20004
**Counsel for Affinity Development Group, Inc. and Vineyard Ranch, LLC**

Powersports Plus
Attn: Thomas D'Azevedo
3006 Kensington Ct
Albany, GA 31721

Robert W. Blanchard
Blanchard, Krasner & French
800 Silverado Street, 2nd Floor
La Jolla, CA 92037
**Counsel for NCY Holdings, Inc.**

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 22-00294-CL7<br>Southern District of California<br>San Diego<br>Wed May 25 12:59:59 PDT 2022 | A Garage Door Store<br>901 Maine Ave.<br>Lakeside, CA 92040 | ARI Network Services<br>Dept. Ch 19583<br>Palatine, IL 60055-0001 |
| ARI Network Services, Inc. d/b/a Leadventure<br>26600 SW Parkway Ave, Suite 400<br>Wilsonville, OR 97070-9251 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Adobe Systems<br>345 Park Ave.<br>San Jose, CA 95110-2704 |
| Adventure Twins LLC<br>2333 Montiel Rd.<br>San Marcos, CA 92069-3529 | Affinity Development Group<br>10251 Vista Sorrento Parkway<br>San Diego, CA 92121-3774 | Affinity Development Group<br>10251 Vista Sorrento Pkwy<br>#300<br>San Diego, CA 92121-3769 |
| AlignAlytics<br>P.O. Box 417279<br>Boston, MA 02241-7279 | Amazon Web Services<br>P.O. Box 84023<br>Seattle, WA 98124-8423 | American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Arizona Dept of Revenue<br>P.O. Box 29010<br>Phoenix, AZ 85038-9010 |
| Arkansas Department of Finance and Administr<br>Arkansas Department of Finance<br>Revenue Legal Counsel, P.O. Box 1272, Rm<br>Little Rock,, AR 72203-1272 | Arkansas Dept Treasurery<br>P.O. Box 8140<br>Little Rock, AR 72203-8140 | Attentive Mobile<br>156 5th Ave.  #303<br>New York, NY 10010-8257 |
| Avalara Inc.<br>Dept. CH 16781<br>Palatine, IL 60055-0001 | Awanoo Inc.<br>7600 Chevy Chase Dr.<br>#300<br>Austin, TX 78752-1599 | BCDS Property LLC<br>17395 Grandee Pl.<br>San Diego, CA 92128-2154 |
| Christopher R. Barclay<br>P.O. Box 2819<br>La Mesa, CA 91943-2819 | Bell Sports Inc.<br>P.O. Box 734151<br>Chicago, IL 60673-4151 | Bing Ads Microsoft<br>P.O. Box 847543<br>Dallas, TX 75284-7543 |
| Brex<br>405 Howard St.   Fl. 2<br>San Francisco, CA 94105-2670 | California Department of Tax and Fee Adminis<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Chevron & Texaco<br>Business Card Services<br>P.O. Box 70887<br>Charlotte, NC 28272-0887 | Cloudflare<br>Dept. LA 24609<br>Pasadena, CA 91185-0001 | Colorado Dept of Revenue<br>Bankruptcy Dept, Rm 104<br>1881 Pierce St<br>Lakewood CO 80214-3503 |

| | | |
|---|---|---|
| Colorado Dept of Revenue<br>Sales and Use Tax<br>P.O. Box 17087<br>Denver, CO 80217-0087 | Comptroller of the Treasury<br>301 W Preston Street Room #409<br>Baltimore, MD 21201-2383 | Connecticut sales tax<br>P.O. Box 5089<br>Hartford, CT 06102-5089 |
| County Tax Collector<br>1600 Pacific Highway Room 162<br>San Diego, CA 92101-2477 | Cox Cable<br>PO Box 53262<br>Phoenix, AZ 85072-3262 | Craig E. Dwyer, Esq.<br>8745 Aero Drive, Suite 301<br>San Diego, CA 92123-1763 |
| Crown Lift Trucks<br>12725 Stowe Dr<br>Poway, CA 92064-6821 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dept of Tax and Fee Admin<br>Acct Grp  MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 |
| Dept. Indust. Rel., Labor Law Enforce.<br>1550 West Main St.<br>El Centro, CA 92243-2105 | Dialpad Inc.<br>Dept. 3808<br>P.O. Box 123808<br>Dallas, TX 75312-3808 | Digital Throttle<br>774 Mays Bl.<br>PO Box 10-457<br>Incline Village, NV 89451-7628 |
| (p)DISCOVERY BENEFITS<br>4321 20TH AVE S<br>FARGO ND 58103-7194 | Div. of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, CA 92108-4424 | Dotnet Tech<br>3976 Biddle St.<br>San Diego, CA 92111-3437 |
| Craig E. Dwyer<br>Craig E. Dwyer, ESQ.<br>8745 Aero Dr.<br>Ste 301<br>San Diego, CA 92123-1763 | Ed Tucker Distributor<br>4900 Alliance Gateway Fwy<br>Fort Worth, TX 76177-3722 | Enterprise Financial Grp<br>P.O. Box 670537<br>Dallas, TX 75267-0537 |
| Epik Systems<br>2038 Corte del Nogal<br>#142<br>Carlsbad, CA 92011-1478 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Jesse S. Finlayson<br>Finlayson Toffer Roosevelt & Lilly LLP<br>15615 Alton Parkway<br>Suite 270<br>Irvine, CA 92618-7307 |
| Florida Dept of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | Form-Craft Business Systems<br>4952 Naples Street<br>San Diego, CA 92110-3820 | Forter Inc.<br>P.O. Box 771470<br>Saint Louis, MO 63177-2470 |
| Franchise Tax Board<br>Attn:  Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0001 | Freeplay Music LLC<br>1650 Broadway<br>Suite 1108<br>New York, NY 10019-6833 |
| Freightquote<br>16025 W. 113th St.<br>Lenexa, KS 66219-5105 | Fruth Group<br>3220 E. Harbour Dr.<br>Phoenix, AZ 85034-8204 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |

| | | |
|---|---|---|
| GoDataFeed<br>190 S Pine Island Rd.  #5<br>Fort Lauderdale, FL 33324 | Google<br>Dept. 33654<br>P.O. Box 39000<br>San Francisco, CA 94139-0001 | Hawaii Dept of Taxation<br>P.O. Box 1325<br>Honolulu, HI 96807-1325 |
| Heffernan Ins. Brokers<br>757 S. Alameda St.<br>#350<br>Los Angeles, CA 90021-1678 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | IRS-Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Idaho State Tax Commission<br>Attn: Bankruptcy<br>Boise, ID 83722-0001 | Idaho sales tax<br>P.O. Box 36<br>Boise, ID 83722-0036 | Illinois Dept. of Revenue<br>101 W. Jefferson St.<br>Springfield, IL 62702-5074 |
| Indiana Department of Revenue<br>100 North Senate Avenue<br>N-240 MS 108<br>Indianapolis, IN 46204 | Indiana sales tax<br>P.O. Box 6032<br>Indianapolis, IN 46206-6032 | Infosys Limited<br>Shyju Varghese<br>2300 Cabot Drive, Suite #575<br>Lisle, IL 60532-4619 |
| Intercom<br>55 2nd St.<br>4th Fl<br>San Francisco, CA 94105-4560 | Isenhower Inc.<br>825 Doris Dr.<br>Encinitas, CA 92024-4015 | Kansas Dept. of Revenue<br>P.O. Box 750680<br>Topeka, KS 66625-0001 |
| Kentucky Dept of Revenue<br>Frankfort, KY 40619-0001 | Kibo Software<br>75 Remittance Dr.<br>Dept. 6588<br>Chicago, IL 60675-6588 | Klim<br>3753 E. County Line Rd.<br>Rigby, ID 83442-5213 |
| LJM Freight Auditing<br>P.O. Box 262<br>West Islip, NY 11795-0262 | LS2 Helmets<br>2255 White Oak Cir<br>Aurora, IL 60502-9670 | Lawyers for Empl & Cons Rights<br>4100 West Alameda Aveue<br>Third Floor<br>Burbank, CA 91505-4195 |
| Live Person<br>475 Tenth Ave.<br>5th Fl<br>New York, NY 10018-9722 | Louisiana Dept of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 | Lynn's Locksmith<br>1380 E Main St.<br>El Cajon, CA 92021-6532 |
| Maine Revenue Services<br>P.O. Box 9107<br>Augusta, ME 04332-9107 | Maryland Comptroller<br>P.O. Box 8888<br>Annapolis, MD 21401-8888 | Massachusetts Department of Revenue<br>PO Box 7090<br>Boston, MA 02204-7090 |
| Massachusetts Dept of Revenue<br>P.O. Box 7000<br>Boston, MA 02204-7000 | Michigan Dept of Treasury<br>Lansing, MI 48922-0001 | Minnesota Dept of Revenue<br>600 Robert St. N<br>Saint Paul, MN 55101 |

| | | |
|---|---|---|
| Minnesota Revenue<br>PO Box 64447-BKY<br>St Paul, MN 55164-0447 | Mission Cloud Services<br>222 Pacific Coast Hwy<br>10th Fl<br>El Segundo, CA 90245-5615 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105-0475 |
| Missouri sales tax<br>P.O. Box 3390<br>Jefferson City, MO 65102-3390 | Motonation<br>10225 Prospect Ave.<br>Santee, CA 92071-4473 | NM Taxation & Rev Dept<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Nevada Dept of Taxation<br>700 E. Warm Springs Rd.<br>2d floor<br>Las Vegas, NV 89119-4311 |
| (p)STATE OF NEW JERSEY   DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | New Mexico Tax and Rev.<br>1100 South St. Francis Dr.<br>Santa Fe, NM 87505-4147 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300 |
| New York State Dept Tax<br>NYS Ass. Receivables<br>P.O. Box 4127<br>Binghamton, NY 13902-4127 | North Carolina Dept of Revenue<br>501 N. Wilmington St.<br>Raleigh, NC 27604-8002 | North County Yamaha<br>2333 Montiel Rd.<br>San Marcos, CA 92069-3529 |
| Michael T. O'Halloran<br>Law Office of Michael T. O'Halloran<br>401 West A Street<br>Suite 1150<br>San Diego, CA 92101-7920 | Oklahoma Tax Commission<br>PO Box 269056<br>Oklahoma City, OK 73126-9056 | Oklahoma Tax Commission<br>201 W. 5th St.<br>#400<br>Tulsa, OK 74103-4211 |
| Oklahoma Tax Commission<br>ATTN: Bankruptcy<br>PO Box 269056<br>Oklahoma City, OK 73126-9056 | Olyslager<br>1807 S. Washington St.  #11<br>Naperville, IL 60565-2446 | Otay Water Dist<br>P.O. Box 51375<br>Los Angeles, CA 90051-5675 |
| Oxford Products<br>4815 Executive Park Ct.<br>Jacksonville, FL 32216-6056 | PAC Heating and Air<br>230 Millar Ave<br>El Cajon, CA 92020-4219 | Parts Unlimited<br>P.O. Box 5222<br>Janesville, WI 53547-5222 |
| Pennsylvania Dept of Revenue<br>P.O. Box 280905<br>Harrisburg, PA 17128-0905 | Pioneer Security<br>991 Lomas Santa Fe Dr.<br>C-415<br>Solana Beach, CA 92075-2141 | Powerstride Battery<br>122 Enterprise Ct.<br>Corona, CA 92882-7123 |
| PreZero US Svcs<br>2301 E 7th St.<br>#A-337<br>Los Angeles, CA 90023-1043 | Principal Financial Group<br>P.O. Box 10372<br>Des Moines, IA 50306-0372 | R. Rosenberg<br>690 N. Second St.<br>El Cajon, CA 92021-5848 |

| | | |
|---|---|---|
| Rambur Inc.<br>7887 Sitio Abeto<br>Carlsbad, CA 92009-2903 | Reflektion<br>1825 S. Grant St.<br>#900<br>San Mateo, CA 94402-2675 | Rekluse Motor Sports<br>12000 W Franklin Rd.<br>Garden City, ID 83709-0145 |
| Rock West Composites<br>7625 Panasonic Way<br>San Diego, CA 92154-8204 | Rocket Triumph<br>5171 Morena Pl.<br>San Diego, CA 92110-3921 | Russell Plumbing<br>1014 Broadway  #A<br>El Cajon, CA 92021-7406 |
| S. Cavadias<br>690 N. Second St.<br>El Cajon, CA 92021-5848 | (p)SDG&E<br>PO BOX 25111<br>SANTA ANA CA 92799-5111 | SKAVA<br>555 Mission St.  #1950<br>San Francisco, CA 94105-0924 |
| San Diego BMW Motorcycles<br>5673 Kearny Villa Rd. #A<br>San Diego, CA 92123-1163 | San Diego County Treasure-Tax Collector<br>Attn: Bankruptcy Desk<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101-2477 | San Diego Motor Imports<br>9245 Jamacha Bl.<br>Spring Valley, CA 91977-5038 |
| Schwartz Semerdjian<br>101 W. Broadway #810<br>San Diego, CA 92101-8229 | Sendgrid<br>1801 California St.  #500<br>Denver, CO 80202-2618 | Sharp Healthcare<br>8695 Spectrum Center Blvd.<br>San Diego, CA 92123-1489 |
| Sid's Carpet Barn<br>132 W. 8th St.<br>National City, CA 91950-1197 | Sifted LLC<br>P.O. Box 932<br>Kaysville, UT 84037-0932 | Southern Motorcycle Supply<br>3670 Ruffin Rd.<br>San Diego, CA 92123-1810 |
| Squeegee Window Cleaning<br>6161 El Cajon Bl<br>#424<br>San Diego, CA 92115-3922 | Stripe<br>354 Oyster Point Bl.<br>South San Francisco, CA 94080-1912 | Sullivans<br>900 N Hills Bl<br>#303<br>Reno, NV 89506-6784 |
| Sun Pac Storage Containers<br>23222 Olive Ave.<br>Lake Forest, CA 92630-5330 | TEG Staffing Inc.<br>P.O. Box 512126<br>Los Angeles, CA 90051-0126 | TaxValet<br>1887 Whitney Mesa DR.<br>#9191<br>Henderson, NV 89014-2069 |
| Tennessee Department of Revenue<br>TDOR c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Thompson COE Cousins<br>700 N. Pearl St.<br>25th Fl<br>Dallas, TX 75201-2824 | Titan Growth<br>10907 Technology Pl<br>San Diego, CA 92127-1811 | Troy Lee Designs<br>155 E. Rincon ST.<br>Corona, CA 92879-1328 |

| | | |
|---|---|---|
| Tucker Rocky<br>4900 Alliance Gateway Fwy<br>Fort Worth, TX 76177-3722 | TurnTo<br>330 7th Ave.<br>#1203<br>New York, NY 10001-5010 | ULINE<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085-8311 |
| UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| Utah Sales Tax Comm<br>210 N. 1950 W<br>Salt Lake City, UT 84134-9000 | V. Rosenberg<br>690 N. Second St.<br>El Cajon, CA 92021-5848 | Van Leeuwen Enter.<br>13275 Paxton St.<br>Pacoima, CA 91331-2383 |
| Vermont Dept of Tax<br>P.O. Box 1881<br>Montpelier, VT 05601-1881 | Vey's Bandit, LLC<br>2780 Via Orange Way<br>Spring Valley, CA 91978-1705 | Vey's Powersports<br>690 N. Second St.<br>El Cajon, CA 92021-5848 |
| Peter Villar<br>Troutman Pepper Hamilton Sanders LLP<br>5 Park Plaza<br>Suite 1400<br>Irvine, CA 92614-2545 | Vineyard Ranch LLC<br>10251 Vista Sorrento Pkwy<br>Suite 300<br>San Diego, CA 92121-3769 | Virginia Tax<br>P.O. Box 1115<br>Richmond, VA 23218-1115 |
| Washington Dept of Revenue<br>2101 4th Ave.<br>#1400<br>Seattle, WA 98121-2300 | Waste Management<br>2625 W. Grandview Road<br>Phoenix, AZ 85023-3109 | Waste Management<br>PO BOX 42930<br>Phoenix, AZ 85080-2930 |
| West Virginia State Tax Department<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | West Virginia sales tax<br>P.O. Box 2745<br>Charleston, WV 25330-2745 | Western Plumbing<br>P.O. Box 1269<br>El Cajon, CA 92022-1269 |
| Wisconsin Dept of Revenue<br>2135 Rimrock Rd.<br>Madison, WI 53713-1443 | Wyoming Dept of Revenue<br>122 W. 25th St.<br>#E301<br>Cheyenne, WY 82002-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>P. O. Box 6403<br>Carol Stream, IL 60197 | Discovery Benefits<br>P.O. Box 9528<br>Fargo, ND 58106 | Georgia Dept of Revenue<br>1800 Century Bl. NE<br>#9100<br>Atlanta, GA 30345 |

| | | |
|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>Springfield, IL 62794-9035 | Nebraska Department of Revenue<br>Attention Bankruptcy Unit<br>PO Box 94818<br>Lincoln, NE 68509-4818 | (d)Nebraska Dept of Revenue<br>P.O. Box 94818<br>Lincoln, NE 68509 |
| New Jersey Div. of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ 08695 | SDG&E<br>PO Box 25111<br>Santa Ana, CA 92799-5111 | (d)State of New Jersey Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 |
| Tennessee Dept of Revenue<br>500 Deaderick St.<br>Nashville, TN 37242 | Texas Comptroller<br>111 E. 17th St.<br>Austin, TX 78774 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Affinity Development Group, Inc. | (u)BFS West, Inc. | (u)Stephen Cavadias |
| (u)Floorit Financial Inc | (d)Rambur, Inc<br>7887 Sitio Abeto<br>Carlsbad, CA 92009-2903 | (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| (d)United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | (u)Vineyard Ranch L.L.C. | End of Label Matrix<br>Mailable recipients   172<br>Bypassed recipients     8<br>Total                180 |